UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TERRANCE MITCHELL, | : | |
| | : | Case No. 3:20-cv-14428 (BRM)(DEA) |
| Plaintiff, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| DR. ABU ASHAN, et al., | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** is opened to the Court by *pro se* Plaintiff Malik Shakur ("Plaintiff"), a prisoner currently confined at East Jersey State Prison in Rahway, New Jersey, upon the filing of a civil rights complaint, filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). The Court previously granted Plaintiff's application to proceed *in forma pauperis* ("IFP application"). (ECF No. 4).

Federal law requires this Court to screen Plaintiff's Complaint for *sua sponte* dismissal prior to service, and to dismiss any claim if the claim fails to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6) and/or to dismiss any defendant who is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B).

The Court has screened the Complaint in this action for dismissal and has determined Plaintiff's Eighth Amendment of deliberate indifference and medical malpractice arising from the failure to diagnose and/or treat HIV against Drs. Ashan, Wisnewshi and Borrowski and Nurse Practitioners Avery, Gallagher and Sunicad shall proceed.

Accordingly, and for good cause appearing,

**IT IS** on this 24th day of March 2021,

**ORDERED** that Plaintiff's claims against Defendants Ashan, Wisnewshi, Borrowski, Avery, Gallagher and Sunicad shall **PROCEED** at this time; and it is further

**ORDERED** the Clerk shall mail to Plaintiff a transmittal letter explaining the procedure for completing United States Marshal ("Marshal") 285 Forms ("USM-285 Forms"); and it is further

**ORDERED** once the Marshal receives the USM-285 Forms from Plaintiff and the Marshal so alerts the Clerk, the Clerk shall issue summons in connection with each USM-285 Form that has been submitted by Plaintiff, and the Marshal shall serve summons, the Complaint and this Order to the address specified on each USM-285 Form, with all costs of service advanced by the United States; and it is further

**ORDERED** Defendants shall file and serve a responsive pleading within the time specified by Federal Rule of Civil Procedure 12; and it is further

**ORDERED** the Clerk of the Court shall serve Plaintiff with copies of this Order via regular mail.

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**